UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEO FAGOTTO<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GATEHOUSE MEDIA, LLC<br><br>　　　　　　　　Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:17-cv-00980-JBW-CLP** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matteo Fagotto hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 3/16/2017

*Attorneys for Plaintiff Matteo Fagotto*

_____

SO ORDERED:

_____
Hon. Jack B. Weinstein

7