**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 0 5 2017 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEO FAGOTTO<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GATEHOUSE MEDIA, LLC<br><br>　　　　　Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:17-cv-00980-JBW-CLP |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matteo Fagotto hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 3/16/2017

*Attorneys for Plaintiff Matteo Fagotto*

Close the case

SO ORDERED:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Hon. Jack B. Weinstein
　　　　　　　　　　　　　　　4/4/17

7